IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES K. BAKER,**

    **Plaintiff,**

    vs.                                              **Civil Action 2:10-CV-700**
                                                                          **Judge Marbley**
                                                                          **Magistrate Judge King**

**DEPARTMENT OF VETERANS AFFAIRS,**
*et al.*,

    **Defendants.**

## ORDER

On September 22, 2010, the United States Magistrate Judge recommended that plaintiff's motion for protective order, Doc. No. 2, and plaintiff's motion "from court on all chattels, Doc. No. 4, be denied. *Order and Report and Recommendation*, Doc. No. 7. Although plaintiff was advised of his right to object to the recommendation, and of the consequences of his failure to do so, *id.*, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is **ADOPTED AND AFFIRMED**. Plaintiff's motion for protective order, Doc. No. 2, and motion "from court on all chattels," Doc. No. 4, are **DENIED**.

                                                       *s/Algenon L. Marbley*
                                                         Algenon L. Marbley
                                                   United States District Judge