**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

**JAMES K. BAKER,**

    **Plaintiff,**

    vs.                              **Civil Action 2:10-CV-700**
                                          **Judge Marbley**
                                          **Magistrate Judge King**

**DEPARTMENT OF VETERANS AFFAIRS,**
*et al.*,

    **Defendants.**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

    IT IS ORDERED AND ADJUDGED That pursuant to the May 24, 2011 Order, the Court DISMISSED this case for failure to prosecute.

Date: **May 24, 2011**                **James Bonini, Clerk**

                                                      s/Betty L. Clark
                                                    **Betty L. Clark/Deputy Clerk**